IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKAN DIVISION

BERNARD BEY                                                                                          PLAINTIFF

v.                                           Case No. 4:24-cv-4006

JUDGE JOE SHORT; PROSECUTOR
BEN HALE; DTF GARY DORMAN; and
JUSTIN CRANE                                                                                        DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. After screening Plaintiff's *pro se* claims pursuant to 28 U.S.C. § 1915A(a), Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to state claim and for seeking relief against parties immune from suit.

Plaintiff has not responded to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 8) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED**. Plaintiff's Motion to Dismiss Parties (ECF No. 8) is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 5th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge